UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| JENNA GRAZIANO, individually and on behalf of other similarly situated individuals,<br><br>    Plaintiff,<br><br>    v.<br><br>KOHL'S DEPARTMENT STORES, INC., and KOHL'S CORPORATION,<br><br>    Defendants. | Case No. 7:20-cv-05049<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

Upon the Motion of Joel C. Griswold ("Applicant") for Admission to Practice *Pro Hac Vice* in the above-captioned action;

WHEREAS the Applicant has declared that he is a member in good standing of the Bar of the State of Florida and the State of Illinois, and that his contact information is as follows:

> **Joel C. Griswold**
> Baker & Hostetler LLP
> 200 South Orange Avenue, Ste. 2300
> Orlando, Florida 32801-3432
> jcgriswold@bakerlaw.com

WHEREAS the Applicant has requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants KOHL'S DEPARTMENT STORES, INC. and KOHL'S CORPORATION, in the above-captioned action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules regarding discipline of attorneys.  Counsel has paid the *Pro Hac Vice* fee to the Clerk of the Court.

Dated: August 6, 2020     _____
         Philip M. Halpern, U.S.D.J.

2

4834-2058-9510.1