UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

JENNA GRAZIANO, *individually and on behalf of other similarly situated individuals*,

                    Plaintiff,        **ORDER**

v.

                                          20-cv-05049 (PMH)

KOHL'S DEPARTMENT STORES, INC. and
KOHL's CORPORATION,

                    Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On July 1, 2020, Plaintiff commenced this action. (Doc. 1). By letter dated August 4, 2020, Defendants requested a pre-motion conference in anticipation of moving to dismiss Plaintiff's Complaint, or, alternatively, moving to transfer the case to the Eastern District of Wisconsin, Milwaukee Division because it is similar to a case pending in that district. (Doc. 6; *see also Collins v. Kohl's Department Stores, Inc*., No. 2:18-cv-00962-JPS (E.D. Wis.)). By letter dated August 7, 2020, Plaintiff opposed Defendant's pre-motion conference letter.

The Court held a telephonic pre-motion conference on August 25, 2020. During the conference, the parties consented to transferring this case to the Eastern District of Wisconsin, Milwaukee Division.

Accordingly, pursuant to 28 U.S.C. § 1404(a), the Clerk of Court is instructed to transfer this case to the Eastern District of Wisconsin, Milwaukee Division, and terminate this action.

                                              **SO ORDERED:**

Dated:  New York, New York
           August 25, 2020

                                             _____
                                             Philip M. Halpern, U.S.D.J.